162-17

Dear Court of criminal Appeals

I write this letter on about to ask You for the discretionary review on MY Case So that I would be able to work on MY 11-07 Hebeas corpus writ. The form ask for the P.D.R as if I file to the court of criminal Appeals and ask for the number and the decision, the date of the decision. May I Please be able to obtain these, these documents I need them for the reason that I dont have them.

Also I would like to have the price of my court Reporter and clerks Records and all that make the transcripts at a low price for the reason that Im Indesent Please may You help me with these.

Thank You

Cause No. 13-14-00661-CR
Tr. Ct. No. 2014-DCR-955-E

Elias Gaitan 1969581
All Red unit
2101 Fm 369 N
Iowa Park TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 11 2017

Deana Williamson, Clerk